UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

Luis Alfonso NIETO-RONDON,

　　　Defendant.

_____/

Case: 2:26−cr−20004
Assigned To : Grey, Jonathan J.C.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/7/2026
Description: INFO USA V. NIETO−RONDON (NA)

Violation:
18 U.S.C. § 111(a)(1)

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES

## **COUNT ONE**
### **18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding a Federal Officer**

On or about November 19, 2025, within the Eastern District of Michigan, Southern Division, Luis Alfonso NIETO-RONDON, did forcibly resist, oppose, impede, and interfere with J.A., a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, a person designated in Title 18, United States Code, Section 1114, while J.A. was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

[remainder of this page intentionally left blank]

JEROME F. GORGON JR.
United States Attorney


*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit


*s/ Timothy E. Garcia*
Timothy E. Garcia
Special Assistant United States
Attorney

Dated: 1/7/2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 26−cr−20004 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes      ☒ No | AUSA's Initials: *TEG* |

**Case Title:** USA v.  Luis Alfonso NIETO-RONDON

**County where offense occurred :**  Oakland

**Check One:**      ☐ **Felony**      ☒ **Misdemeanor**      ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__✓__Information --- based upon prior complaint [**Case number:** 25-30773      ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 7, 2026
Date

*Timothy E. Garcia*

Timothy E. Garcia
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9522
Fax:
E-Mail address: Timothy.Garcia@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.